CASO RESUELTO FUNDÁNDOSE EN OPINIÓN QUE NO SE PUBLICA EN EXTENSO

El Pueblo, apelado, *v.* Gerónimo González, apelante.

CORTE DE DISTRITO DE ARECIBO

No. 3144.—Visto: junio 21, 1927.—Resuelto: julio 12, 1927.

En el presente caso se reitera la doctrina de la constitucionalidad de la ley sobre armas prohibidas establecida en varios casos siendo uno de los más recientes el de *El Pueblo* v. *Díaz Cintrón,* 36 D.P.R. 571.

No encontrándose, por otra parte que la corte sentenciadora cometiera error manifiesto al apreciar la prueba contradictoria, se confirmó la sentencia.

El Juez Presidente Sr. del Toro, emitió la opinión del tribunal.